23,187-14,15

April 21, 2015

Dear Court Clerk:

I filed a writ of habeas corpus 11.07 in the 292nd district court in Dallas, Tx. For cause number W11-49252-V(a) & W11-49253-V(a) I'm notifying the court that I have a change of address, and all matters concerning the above cause numbers, should be sent to me at the address listed below. Thank you for your cooperation, and I will be looking forward to hearing from you.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

Sincerely
Charles R. Williams
01987727
John Middleton unit
13055 F. M. 3522
Abilene, Tx. 79601

c.c. file: